## Washington *v.* The State.

Atkinson, Presiding Justice. This case is controlled adversely to the contentions of the plaintiff in error by the ruling in *Clarke* v. *State,* ante.

*Judgment affirmed. All the Justices concur.*

No. 17131. July 11, 1950.

118

*Aaron Kravitch,* for plaintiff in error.

*Andrew J. Ryan Jr., Solicitor-General, Sylvan A. Garfunkel, Herman W. Coolidge,* contra.